# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00363-CV

**In re Alfonso Kennard, Jr. and Daniel J. Salas**

**Michele Shimek, Appellant**

**v.**

**Texas Comptroller of Public Accounts, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-001681
### THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of Michele Shimek. The subjects of this proceeding are Alfonso Kennard, Jr. and Daniel J. Salas, appellant's attorneys.

Appellant filed her notice of appeal on May 28, 2019, and her brief was due on July 26, 2019. On October 30, 2019, we ordered counsel to file either a motion for extension of time or a brief accompanied by a motion for extension of time, or if they no longer intend to represent appellant, a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5, no later than November 12, 2019. We also cautioned counsel Kennard and Salas that the Texas Disciplinary Rules of Professional Conduct govern their relationship with appellant,

including their responsibilities under Rule 1.01 and Rule 1.03. *See* Tex. Disciplinary Rules Prof'l Conduct R. 1.01(b)-(c) (requiring competent and diligent representation), R. 1.03(a) (requiring lawyer to keep client reasonably informed about status of matter and to promptly comply with reasonable requests for information), *reprinted in* Tex. Gov't Code, tit. 2, subtit. G, app. A (Tex. State Bar R. art. X, § 9). To date, Kennard and Salas have not responded to our order.

Therefore, it is hereby ordered that **Alfonso Kennard, Jr. and Daniel J. Salas shall both appear in person before this Court on Wednesday, December 4, 2019, at 9:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why they should not be held in contempt and have sanctions imposed for their failure to obey our October 30, 2019 order. This order to show cause will be withdrawn, and Kennard and Salas will be relieved of their obligation to appear before this Court as ordered above if the Clerk of this Court receives either a motion for extension of time or a brief accompanied by a motion for extension of time, or if they no longer intend to represent appellant, a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5, on or before December 2, 2019.

It is ordered on November 15, 2019.

Before Chief Justice Rose, Justices Triana and Smith